IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| J.T. HAND, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:18-cv-668-NKL ) |
| BEACH ENTERTAINMENT KC, LLC d/b/a SHARK BAR, | ) ) ) ) |
| THE CORDISH COMPANIES, INC., | ) ) ) |
| ENTERTAINMENT CONSULTING INTERNATIONAL, LLC | ) ) ) ) |
| Defendants. | ) |

**MOTION FOR WITHDRAWL OF COUNSEL**

COMES NOW Zach T. Bowles of the law firm of Foland, Wickens, Roper, Hofer & Crawford, P.C., and moves for leave of Court to withdraw as counsel of record on behalf of Defendants Beach Entertainment KC, LLC d/b/a Shark Bar, The Cordish Companies, Inc., and Entertainment Consulting International, LLC, in the above-case. Defendants Beach Entertainment KC, LLC d/b/a Shark Bar, The Cordish Companies, Inc., and Entertainment Consulting International, LLC. Defendants Beach Entertainment KC, LLC d/b/a Shark Bar, The Cordish Companies, Inc., and Entertainment Consulting International, LLC, in the above-case. Defendants Beach Entertainment KC, LLC d/b/a Shark Bar, The Cordish Companies, Inc., and Entertainment Consulting International, LLC are represented by counsel Jacqueline M. Sexton of the law firm Foland, Wickens, Roper, Hofer & Crawford, P.C., therefore, the withdrawal will not have any

material adverse effect on the interests of Defendants Beach Entertainment KC, LLC d/b/a Shark Bar, The Cordish Companies, Inc., and Entertainment Consulting International, LLC.

WHEREFORE, Zach T. Bowles hereby requests leave to withdraw as counsel of record for Defendants Beach Entertainment KC, LLC d/b/a Shark Bar, The Cordish Companies, Inc., and Entertainment Consulting International, LLC.

Respectfully submitted,

**FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.**

*/s/ Zach T. Bowles*
ZACH T. BOWLES
1200 Main St., Suite 2200
Kansas City, Missouri  64105
Telephone:  (816) 427-7474
Facsimile:  (816) 472-6262
Email: zbowles@fwpclaw.com
**ATTORNEY FOR DEFENDANTS
BEACH ENTERTAINMENT KC, LLC
d/b/a SHARK BAR, THE CORDISH
COMPANIES, INC., AND ENTERTAINMENT
CONSULTING INTERNATIONAL, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2019, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF/PACER system, which will send notice of electronic filing to counsel of record.

*/s/ Zach T. Bowles*
**ATTORNEY FOR DEFENDANTS
BEACH ENTERTAINMENT KC, LLC
d/b/a SHARK BAR, THE CORDISH
COMPANIES, INC., AND ENTERTAINMENT
CONSULTING INTERNATIONAL, LLC**