UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>BEACH ENTERTAINMENT KC, LLC d/b/a SHARK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>*Defendants.* | Case No.: 4:18-cv-00668-NKL<br><br>Hon. Nanette K. Laughrey |
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>ARB KC, LLC d/b/a ANGELS ROCK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>*Defendants.* | Case No.: 4:19-cv-00108-NKL<br><br>(consolidated with Case No.: 4:18-cv-668-NKL)<br><br>Hon. Nanette K. Laughrey |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
<u>OF CLASS ACTION SETTLEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff J.T. Hand ("Plaintiff") respectfully requests that the Court enter an Order granting preliminary approval to the Parties' proposed class action settlement agreement.[1] Plaintiff's motion is based up on this motion, the suggestions in support of this motion (and the exhibits attached thereto), and the record in this

---

[1] Contemporaneously with this motion, Plaintiff is submitting a proposed Preliminary Approval Order for the Court's convenience and to propose future case deadlines.

matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith at any hearing on this motion.

WHEREFORE, Plaintiff J.T. Hand, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (i) granting preliminary approval of the Parties' proposed Class Action Settlement Agreement, (ii) certifying the proposed Settlement Class for settlement purposes and finding the Settlement Class is likely to be certified for purposes of entering the Final Approval Order, (iii) approving the form and content of the Notice to the members of the Settlement Class, (iv) appointing Plaintiff J.T. Hand as Class Representative, (v) appointing Benjamin H. Richman, Eve-Lynn J. Rapp, and Michael W. Ovca of Edelson PC and Bill Kenney of Bill Kenney Law Firm, LLC as Class Counsel, (vi) scheduling a Final Approval Hearing in this matter, and (vii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

December 12, 2022

*/s/ Michael Ovca*

William C. Kenney (Mo. Bar No. 63001)
BILL KENNY LAW FIRM, LLC
PO Box 561
Lee's Summit, Missouri 64063
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
Email: bkenney@billkenneylaw.com

Benjamin H. Richman *(pro hac vice)*
Michael Ovca *(pro hac vice)*
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email: brichman@edelson.com
movca@edelson.com

Eve-Lynn J. Rapp *(pro hac vice)*
EDELSON PC
2101 Pearl Street
Boulder, Colorado 80302
Telephone: (720) 741-0076
Facsimile: (720) 741-0081
Email: erapp@edelson.com

*Attorneys for Plaintiff and
the proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 12, 2022, the foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record.

                                                 */s/* Michael Ovca
                                                 Michael Ovca