UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>BEACH ENTERTAINMENT KC, LLC d/b/a SHARK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>*Defendants.* | Case No.: 4:18-cv-00668-NKL<br><br>Hon. Nanette K. Laughrey |
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>ARB KC, LLC d/b/a ANGELS ROCK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>*Defendants.* | Case No.: 4:19-cv-00108-NKL<br><br>(consolidated with Case No.: 4:18-cv-668-NKL)<br><br>Hon. Nanette K. Laughrey |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES, *INSTANTER***

Plaintiff J.T. Hand ("Plaintiff"), by and through his undersigned counsel, hereby respectfully requests that the Court enter an Order granting him leave to file his Suggestions in Support of Preliminary Approval of Class Action (the "Suggestions") in excess of the Court's fifteen-page limit, *instanter*. In support of this motion, Plaintiff states as follows:

1.      Concurrently with the filing of this motion, Plaintiff has filed his Suggestions, in which he has endeavored to thoroughly address (i) the factual and procedural posture of these consolidated cases, (ii) the terms of the Parties' proposed Settlement, (iii) the appropriateness of certifying the proposed Settlement Class for settlement purposes, (iv) the fairness, adequacy, and reasonableness of the proposed Settlement, and (v) the details of the proposed notice plan. Despite their efforts to draft as concise a filing as possible, Plaintiff's Suggestions nevertheless exceed the Court's fifteen-page limit.

2.      Specifically, Plaintiff's Suggestions include forty pages of substance. Because preliminary approval memoranda must address all Federal Rule of Civil Procedure 23 factors for purposes of settlement class certification and sufficiently address the appropriateness of the proposed settlement, Plaintiffs respectfully submit that Suggestions of this length in connection with preliminary approval are typical.

3.      Prior to filing this motion, Plaintiff's counsel conferred with counsel for Defendants, and Defendants have no objection to the request.

4.      Plaintiff respectfully submits that good cause exists to grant the requested relief, and that is not being sought for any improper purpose.

**WHEREFORE**, Plaintiff J.T. Hand respectfully requests that the Court enter an Order (i) granting him leave to file his Suggestions, the substance of which shall not exceed forty pages of substance, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

December 12, 2022

*/s/ Michael Ovca*

William C. Kenney (Mo. Bar No. 63001)

BILL KENNY LAW FIRM, LLC
PO Box 561
Lee's Summit, Missouri 64063
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
Email: bkenney@billkenneylaw.com

Benjamin H. Richman *(pro hac vice)*
Michael Ovca *(pro hac vice)*
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email: brichman@edelson.com
movca@edelson.com

Eve-Lynn J. Rapp *(pro hac vice)*
EDELSON PC
2101 Pearl Street
Boulder, Colorado 80302
Telephone: (720) 741-0076
Facsimile: (720) 741-0081
Email: erapp@edelson.com

*Attorneys for Plaintiff and
the proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on December 12, 2022, the foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record.

                */s/* Michael Ovca
                Michael Ovca