| | |
|---|---|
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>BEACH ENTERTAINMENT KC, LLC d/b/a SHARK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>*Defendants.* | Case No.: 4:18-cv-00668-NKL<br><br>Hon. Nanette K. Laughrey |
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>ARB KC, LLC d/b/a ANGELS ROCK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>*Defendants.* | Case No.: 4:19-cv-00108-NKL<br><br>(consolidated with Case No.: 4:18-cv-668-NKL)<br><br>Hon. Nanette K. Laughrey |

**PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff J.T. Hand ("Plaintiff"), by and through his undersigned counsel, respectfully requests that the Court enter an Order granting final approval to the proposed class action Settlement of this matter. Plaintiff's motion is based upon this motion, the suggestions in support of this motion (and the exhibits attached thereto), and the record in this matter, along with any oral argument that may be presented to the Court

and evidence submitted in connection therewith at the final approval hearing.

**WHEREFORE**, Plaintiff J.T. Hand, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (i) granting final approval of the Parties' proposed Settlement, and (ii) providing such other and further relief as the Court deems reasonable and just.[1]

Respectfully submitted,

Date: July 26, 2023

*/s/* Michael Ovca

William C. Kenney (Mo. Bar No. 63001)
BILL KENNY LAW FIRM, LLC
PO Box 561
Lee's Summit, Missouri 64063
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
Email: bkenney@billkenneylaw.com

Benjamin H. Richman *(pro hac vice)*
Michael Ovca *(pro hac vice)*
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email: brichman@edelson.com
movca@edelson.com

Eve-Lynn J. Rapp *(pro hac vice)*
EDELSON PC
2101 Pearl Street
Boulder, Colorado 80302
Telephone: (720) 741-0076
Facsimile: (720) 741-0081
Email: erapp@edelson.com

*Attorneys for Plaintiff and
the proposed Settlement Class*

---

[1] Pursuant to the Court's June 26, 2023 Minute Entry (dkt. 282), counsel will separately submit a fulsome proposed final approval order for the Court's consideration.

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 26, 2023, the foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record.

                                              */s/* Michael Ovca
                                              Michael Ovca